JOHN W. CARPENTER, Cal. Bar. No. 221708
TECHNOLOGY LICENSING COMPANY INC.
33½ Los Pinos
Nicasio, CA 94946
Telephone: 415-577-0698
Facsimile: 866-410-6248
E-Mail: john@jwcarpenterlaw.com

*Attorneys for Plaintiff*
*TECHNOLOGY LICENSING COMPANY INC.*

GPX, Inc. and DPI, Inc.
900 North 23rd Street
St. Louis, MO 63106
Telephone: 314-552-6000
Facsimile: 314-552-7000
Email: mhimich@thompsoncoburn.com
Matthew J. Himich Agreeing for GPX, Inc. and DPI, Inc.

*DEFENDANTS: GPX, INC. AND DPI, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TECHNOLOGY LICENSING COMPANY INC.,<br><br>Plaintiff,<br><br>v.<br><br>GPX, INC. and<br><br>DPI, INC.,<br><br>Defendants. | Case No. CV09-3440-JCS<br><br>*Assigned to the Honorable Joseph C. Spero, Ctrm. A*<br><br>[Complaint Filed: July 27, 2009]<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT BY TECHNOLOGY LICENSING COMPANY INC. AND EXTEND DATES IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>Trial Date: None Set |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6-1, Plaintiff Technology Licensing Company Inc. ("TLC") and Defendants GPX, Inc. and DPI, Inc. (collectively "DPI") hereby stipulate and agree that the parties have reached a tentative

CV09-3440-JCS - 1 - STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND EXTEND DATES IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

settlement, and because additional time is needed to complete the actions required by the settlement, an extension of the deadlines would be in the best interests of the parties.

As such the parties agree that the time by which DPI may respond to the Complaint filed by TLC is extended through and including December 18, 2009. The parties also hereby stipulate to a continuance the Initial Case Management Deadlines and to continue the Initial Case Management Conference currently set for November 20, 2009 at 1:30 PM until January 8, 2010 at 1:30 PM, , or to whatever date and time thereafter may be set by the Court.

This is the second request for a time modification of the Initial Case Management in this matter. The present requested time modification would have no material effect on the schedule for this case and dismissal of the action is anticipated before the date proposed above for Initial Case Management Conference.

Accordingly, it is hereby stipulated and agreed that the Initial Case Management Conference in this matter be continued to January 8, 2010 at 1:30 PM, or to whatever date and time thereafter may be set by the Court.

DATED: October 16, 2009

                TECHNOLOGY LICENSING COMPANY INC.
                By: __/s/ John W. Carpenter_____
                      JOHN W. CARPENTER
                      john@jwcarpenterlaw.com

                Attorneys for Plaintiff
                TECHNOLOGY LICENSING COMPANY INC.

                GPX, INC. and DPI, INC.

                By: __/s/ Matthew J. Himich_____
                      DEFENDANTS GPX, INC. and DPI, INC.
                      MATTHEW J. HIMICH Agreeing for Defendants
                      mhimich@thompsoncoburn.com

CV09-3440-JCS            - 2 -

STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT AND EXTEND DATES IN
ORDER SETTING INITIAL CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES

# ORDER

PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO ORDERED THAT THE INITIAL CASE SCHEDULE BE SET AS FOLLOWS:

| Date | Event | Governing Rule |
|---|---|---|
| 12/24/2009 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR selection and discovery plan | FRCivP 26(f) & ADR L.R. 3-5 |
| | • file ADR certification signed by Parties and Counsel | Civil L.R. 16-8(b) & ADR L.R. 3-5(b) |
| | • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8(c) & ADR L.R. 3-5(b) & (c) |
| 12/31/2009 | Last day to file Rule 26(f) Report, Complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Attached Standing Order re Contents of Joint Case Management Statement | FRCivP 26(a)(1) & Civil L.R. 16-9 |
| 01/08/2010 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Ctrm A, 15th Floor, SF at 1:30 PM | Civil L.R. 16-10 |

Dated: October 19, 2009

Honorable Joseph C. Spero
United States Magistrate Judge

CV09-3440-JCS                   - 3 -

STIPULATION TO EXTEND TIME TO RESPOND
TO COMPLAINT AND EXTEND DATES IN
ORDER SETTING INITIAL CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES